# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CHRISTOPHER LAWTON, | : No. 400 EAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| YEVGENY KOMAR, NATIONAL | : |
| PROPERTIES GROUP, INC.; NPG LAND | : |
| MANAGEMENT, LLC AND NPG | : |
| VENTURE SIX LIMITED PARTNERSHIP | : |
| AND JOSEPH PATTON, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.